UNITED STATES DISRTICT COURT
DISTRICT OF CONNECTICUT

DAVID MESSENGER,                                :
     Plaintiff,                              :
                                             :         DKT # 3:08-cv-1171(SRU)
     V.                                      :
SEBASTIAN N. GIULIANO, Mayor of the :
City of Middletown, and LUIS B. PEREZ, :
Former Chief Executive Officer,               :
Connecticut Valley Hospital,                  :
     Defendants.                             :

                                     May 13, 2009

MOTION TO WITHDRAW

      Plaintiff David Messenger respectfully requests that this action against all defendants be

withdrawn.

                         RESPECTFULLY SUBMITEED,
                         THE PLAINTIFF, DAVID MESSENGER,

          By:    /s/ John F. Geida /s/
                John F. Geida, Esq.
                Fed. Bar No. ct27468
                The Law Offices of Norman A. Pattis, LLC
                649 Amity Road
                Bethany, CT 06524
                Tel. (203) 393-3017
                Fax (203) 393-9745

                His Attorney.

1

<u>**CERTIFICATION**</u>

I hereby certify that on May 13, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ JOHN F. GEIDA, ESQ. /s/</u>
John F. Geida, Esq.
Fed. Bar No. ct27468
Law Offices of Norman A. Pattis, LLC
649 Amity Road
Bethany, CT 06524
Tel: (203) 393-3017
Fax: (203) 393-9745